# EXHIBIT C

Case 1:19-cv-02095-LAP   Document 18-3   Filed 03/19/19   Page 1 of 2

**Activision Blizzard, Inc. (ATVI)**
**Class Period: August 2, 2018 to January 10, 2019**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 67-Day* Mean Price $44.4156 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Goh, Min Ning | 9/4/2018 | 9,640 | $72.5120 | ($699,016) | 12/20/2018 | (1,350) | $46.9375 | $63,366 | | | |
| Goh, Min Ning | | | | | 12/24/2018 | (72) | $44.0000 | $3,168 | | | |
| Goh, Min Ning | | | | | 12/28/2018 | (3,812) | $47.0036 | $179,178 | | | |
| **Goh, Min Ning** | | **9,640** | | **($699,016)** | | **(5,234)** | | **$245,711** | **4,406** | **$195,695** | **($257,609)** |
| ASG Japan | 11/2/2018 | 2,000 | $69.2140 | ($138,428) | 12/21/2018 | (100) | $45.9000 | $4,590 | | | |
| ASG Japan | 11/5/2018 | 2,100 | $66.8326 | ($140,349) | 12/26/2018 | (100) | $44.3228 | $4,432 | | | |
| ASG Japan | 11/5/2018 | 100 | $64.6600 | ($6,466) | 1/24/2019 | (600) | $47.1311 | $28,279 | | | |
| ASG Japan | 11/5/2018 | 1,700 | $64.0965 | ($108,964) | 1/25/2019 | (200) | $47.1980 | $9,440 | | | |
| ASG Japan | 11/8/2018 | 1,000 | $56.7500 | ($56,750) | 1/31/2019 | (100) | $47.0000 | $4,700 | | | |
| ASG Japan | 11/8/2018 | 1,000 | $56.7978 | ($56,798) | 2/4/2019 | (400) | $46.9244 | $18,770 | | | |
| ASG Japan | 11/15/2018 | 100 | $51.7000 | ($5,170) | 2/5/2019 | (3,500) | $46.9782 | $164,424 | | | |
| ASG Japan | | | | | 2/8/2019 | (3,000) | $46.4500 | $139,350 | | | |
| **ASG Japan** | | **8,000** | | **($512,924)** | | **(8,000)** | | **$373,984** | **7,800** | | **($138,940)** |
| Summary | | | | | | | | | | | |
| Goh, Min Ning | | 9,640 | | ($699,016) | | (5,234) | | $245,711 | 4,406 | | ($257,609) |
| ASG Japan | | 8,000 | | ($512,924) | | (8,000) | | $373,984 | 7,800 | | ($138,940) |
| **Total** | | **17,640** | | **($1,211,940)** | | **(13,234)** | | **$619,696** | **12,206** | | **($396,549)** |

*Avg Closing Prices from Jan 11 to Mar 13