# EXHIBIT C

Movants' Purchases and Losses  
Class Period: 08/02/2018 - 01/10/2019  
Activision Blizzard

| Name | Date | Shares Acquired | Price | Total Cost | Date** | Shares Sold | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **U.A. Local No. 393 Defined Benefit Pension Plan** | 08/14/2018 | 17,400 | $71.12 | $1,237,488.00 | 01/18/2019 | 4,600 | $48.82 | $224,572.00 | |
| | 08/24/2018 | 9,800 | $73.72 | $722,456.00 | 01/18/2019 | 17,400 | $48.82 | $849,468.00 | |
| | 10/23/2018 | 700 | $67.16 | $47,012.00 | held | 38,600 | $44.42 | $1,714,440.44 | |
| | 11/15/2018 | 16,800 | $52.09 | $875,112.00 | | | | | |
| | 12/10/2018 | 15,900 | $47.87 | $761,133.00 | | | | | |
| | | **60,600** | | **$3,643,201.00** | | **60,600** | | **$2,788,480.44** | **($854,720.56)** |
| **U.A. Local No. 393 Defined Contribution Plan** | 08/14/2018 | 10,200 | $71.12 | $725,424.00 | 01/22/2019 | 2,600 | $48.82 | $126,932.00 | |
| | 08/24/2018 | 5,700 | $73.72 | $420,204.00 | 01/22/2019 | 10,200 | $48.82 | $497,964.00 | |
| | 11/15/2018 | 9,900 | $52.09 | $515,691.00 | held | 22,300 | $44.42 | $990,466.89 | |
| | 12/10/2018 | 9,300 | $47.87 | $445,191.00 | | | | | |
| | | **35,100** | | **$2,106,510.00** | | **35,100** | | **$1,615,362.89** | **($491,147.11)** |
| **Movants' Total** | | **95,700** | | **$5,749,711.00** | | **95,700** | | **$4,403,843.33** | ***($1,345,867.67)*** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $44.42 as of March 18, 2019 for common stock.

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price) will be used depending on which value is higher.

| Name | Date | Shares Acquired | Price | Total Cost | Date** | Shares Sold | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **U.A. Local No. 393 Defined Benefit Pension Plan** | 12/10/2018 | 7,100 | $47.87 | $339,877.00 | 01/14/2019 | 7,100 | $46.93 | $333,203.00 | |
| | 12/10/2018 | 8,800 | $47.87 | $421,256.00 | 01/14/2019 | 8,800 | $46.93 | $412,984.00 | |
| | 11/15/2018 | 7,500 | $52.09 | $390,675.00 | 01/14/2019 | 7,500 | $46.93 | $351,975.00 | |
| | 11/15/2018 | 2,400 | $52.09 | $125,016.00 | 01/18/2019 | 2,400 | $48.82 | $117,168.00 | |
| | 11/15/2018 | 4,600 | $52.09 | $239,614.00 | 01/18/2019 | 4,600 | $48.82 | $224,572.00 | |
| | 11/15/2018 | 2,300 | $52.09 | $119,807.00 | 01/18/2019 | 2,300 | $48.82 | $112,286.00 | |
| | 10/23/2018 | 700 | $67.16 | $47,012.00 | 01/18/2019 | 700 | $48.82 | $34,174.00 | |
| | 08/24/2018 | 9,800 | $73.72 | $722,456.00 | 01/18/2019 | 9,800 | $48.82 | $478,436.00 | |
| | 08/14/2018 | 4,600 | $71.12 | $327,152.00 | 01/18/2019 | 4,600 | $48.82 | $224,572.00 | |
| | 08/14/2018 | 12,800 | $71.12 | $910,336.00 | held | 12,800 | $44.42 | $568,519.11 | |
| | | 60,600 | | $3,643,201.00 | | 60,600 | | $2,857,889.11 | ($785,311.89) |
| **U.A. Local No. 393 Defined Contribution Plan** | 12/10/2018 | 4,500 | $47.87 | $215,415.00 | 01/14/2019 | 4,500 | $46.93 | $211,185.00 | |
| | 12/10/2018 | 4,800 | $47.87 | $229,776.00 | 01/14/2019 | 4,800 | $46.93 | $225,264.00 | |
| | 11/15/2018 | 4,500 | $52.09 | $234,405.00 | 01/14/2019 | 4,500 | $46.93 | $211,185.00 | |
| | 11/15/2018 | 1,600 | $52.09 | $83,344.00 | 01/22/2019 | 1,600 | $48.82 | $78,112.00 | |
| | 11/15/2018 | 2,600 | $52.09 | $135,434.00 | 01/22/2019 | 2,600 | $48.82 | $126,932.00 | |
| | 11/15/2018 | 1,200 | $52.09 | $62,508.00 | 01/22/2019 | 1,200 | $48.82 | $58,584.00 | |
| | 08/24/2018 | 5,700 | $73.72 | $420,204.00 | 01/22/2019 | 5,700 | $48.82 | $278,274.00 | |
| | 08/14/2018 | 3,300 | $71.12 | $234,696.00 | 01/22/2019 | 3,300 | $48.82 | $161,106.00 | |
| | 08/14/2018 | 6,900 | $71.12 | $490,728.00 | held | 6,900 | $44.42 | $306,467.33 | |
| | | 35,100 | | $2,106,510.00 | | 35,100 | | $1,657,109.33 | ($449,400.67) |
| **Movants' Total** | | 95,700 | | $5,749,711.00 | | 95,700 | | $4,514,998.44 | ($1,234,712.56) |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $44.42 as of March 18, 2019 for common stock.

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price) will be used depending on which value is higher.