UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────── x
                                  :
BENJAMIN WINCKLER, Individually and : Civil Action No. 1:19-cv-02095-LAP
On Behalf of All Others Similarly Situated, :
                                  :
            Plaintiff,            : NOTICE OF VOLUNTARY DISMISSAL
                                  : PURSUANT TO FED. R. CIV. P. 41(a)(1)
      v.                          :
                                  :
ACTIVISION BLIZZARD, INC., ROBERT A. :
KOTICK, SPENCER NEUMANN, and      :
COLLISTER JOHNSON,                :
                                  :
            Defendants.           :
                                  :
───────────────────────────────── x

PLEASE TAKE NOTICE THAT Benjamin Winckler hereby voluntarily dismisses the complaint without prejudice against all defendants.  A class has not been certified in this action and no defendant in this action has served an answer or motion for summary judgment.

DATED: April 3, 2019                                  JOHNSON FISTEL, LLP

                                                 *s/ W. Scott Holleman*
                                               W. SCOTT HOLLEMAN

GARAM CHOE
99 Madison Avenue, 5th Floor
New York, NY 10016
Telephone: 212-802-1486
Facsimile: 212-602-1592
ScottH@johnsonfistel.com
GaramC@johnsonfistel.com

JOHNSON FISTEL, LLP
MICHAEL FISTEL, JR.
40 Powder Springs Street
Marietta, GA 30064
Telephone: 470-632-6000
Facsimile: 770-200-3101
MichaelF@johnsonfistel.com

*Attorneys for Plaintiff*